ACCEPTED
01-14-00659-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 3:39:36 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00659-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/19/2015 3:39:36 PM

CHRISTOPHER A. PRINE
Clerk

───────◆───────

**No. 1424502**
In the 262nd District Court of
Harris County, Texas

───────◆───────

## JASON CLIFFORD CONWAY

*Appellant*

v.

## THE STATE OF TEXAS

*Appellee*

───────◆───────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

───────◆───────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 262nd District Court of Harris County, Texas, in The State of Texas v. Jason Clifford Conway, cause number 1424502, was convicted of assault against a family member.

2. He was assessed punishment of confinement for 10 years in prison.

3. A written notice of appeal was timely filed.

4. The State's brief was due on June 4, 2015.

5. An extension of time in which to file the State's brief is requested until July 20, 2015.

6. No previous extensions have been requested by the State.

7. The facts relied upon to explain the need for this extension are:

The District Attorney's office did not receive a copy of appellant's brief until this morning. Consequently, counsel for the State has been unable to commence preparation of the State's brief.

WHEREFORE, the State prays that this Court will grant an extension of time until July 20, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/  **Alan Curry**

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following address on June 19, 2015:

Maite Sample
Attorney at Law
405 Main Street, Suite 950
Houston, Texas  77002

/s/  **Alan Curry**

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date: June 19, 2015